**Order entered November 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00702-CV

## H. ROBERT ROSE, ET AL., Appellants

## V.

## NICHOLAS BONVINO, ET AL., Appellees

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-2450-06

## ORDER

We **GRANT** appellees' November 3, 2014 agreed second motion for an extension of time to file a brief. Appellees shall file their brief by **November 7, 2014**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE